PD-0171-15

# EXTENTION

# OF

# TIME, ON:

## PDR - 0171-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 14 2015

Abel Acosta, Clerk

DUE to BEING MOVED

FROM COFFIELD, to

HODGE UNIT, to

HUGHES UNIT.

ALL LEGAL PAPERS IN

TRANSIT.

FILED IN
COURT OF CRIMINAL APPEALS

MAY 14 2015

Abel Acosta, Clerk

MAY 13-2015